# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 16, 2019

## NO. 03-18-00064-CV

**Ashley Gail Matusek, Appellant**

**v.**

**James Charles Twine, Appellee**

**APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA, AND KELLY
AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the modification order signed by the trial court on November 1, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.